United States District Court
Southern District of Texas
**ENTERED**
November 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSHUA JOHN BUCKINGHAM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00216 |
| | § | |
| CITY OF CORPUS CHRISTI POLICE DEPARTMENT, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Plaintiff's amended complaint (D.E. 14), which is subject to screening pursuant to the Prison Litigation Reform Act. On September 17, 2026, United States Magistrate Judge Jason Libby issued his Memorandum and Recommendation (M&R, D.E. 17), recommending that the Court retain Plaintiff's claims against Officers R. Cabello, D. Perez, and P. Ramirez and dismiss without prejudice all other claims. Plaintiff filed a response to the M&R (D.E. 28) on September 30, 2026.

The district court conducts a de novo review of any part of the magistrate judge's disposition that has been properly objected to. 28 U.S.C. § 636(b)(1)(C). "Frivolous, conclusive or general objections need not be considered by the district court." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (per curiam). When no objection is properly made, the district court need only satisfy itself that there is no clear error in the memorandum and recommendation. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.

1989) (per curiam); *Guillory v PPG Indus., Inc.*, 434 F3d. 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Plaintiff's response does not state an objection to the M&R. Instead, he offers clerical corrections of the language used in the M&R. The corrections he offers do not challenge the legal reasoning in the M&R nor do they change the recommended disposition of his claims. Therefore, they are not proper objections under Rule 72(b)(2) and are rejected.

Having reviewed the findings of fact, conclusions of law, and recommendations set forth in the Magistrate Judge's memorandum and recommendation (D.E. 17), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, the Court **RETAINS** Plaintiff's claims against officers R. Cabello, D. Perez, and P. Ramirez and **DISMISSES without prejudice** Plaintiff's other claims, if any.

**ORDERED** on November 24, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE